

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60636-CIV-COHN/WHITE

NYKA TOSSIANT O'CONNOR,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 27], submitted by United States Magistrate Judge Patrick A. White, regarding Petitioner Nyka Tossiant O'Connor's *pro se* Petition for Writ of Habeas Corpus, construed as being filed pursuant to 28 U.S.C. §2254, seeking relief from his convictions of third-degree felony murder and armed robbery in Broward County Circuit Court case number 00-5323-CF10B. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Petition and the Report and Recommendation, and is otherwise fully advised in the premises. The Court notes that Mr. O'Connor has filed no Objections to the Report and Recommendation, and the time for filing such objections has expired. In consideration of the foregoing, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report of Magistrate Judge Patrick A. White [DE 27] is **ADOPTED**.

    2.    Petitioner Nyka Tossaint O'Connor's Petition for Writ of Habeas Corpus [DE 1] is **DISMISSED** as time-barred.

3. Any other pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 20th day of March, 2008.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Nyka Tossaint O'Connor, *pro se*
DC #199579
Union Correctional Institution
7819 N.W. 228 Street
Raiford, FL 32026

Melanie Dale Surber, AAG
Office of the Attorney General
1515 North Flagler Drive, #900
West Palm Beach, FL 33401-3428